UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

EDWARD TEAL,

                         **Plaintiff,**

            v.                                    9:11-CV-0191
                                                  (NAM/DEP)

**J. CROSS, Corrections Officer, Clinton Correctional Facility; B. MENARD, Corrections Officer, Clinton Correctional Facility; M. LIBERTY, Corrections Officer, Clinton Correctional Facility; J. COLLINS, Corrections Officer, Clinton Correctional Facility; and RIVERA, Corrections Sergeant, Clinton Correctional Facility,**

                         **Defendants.**
_____

**APPEARANCES:**                               **OF COUNSEL:**

EDWARD TEAL
07-A-6298
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13021
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN           KRISTA A. ROCK, ESQ.
Office of the Attorney General               Assistant Attorney General
State of New York
Department of Law
The Capitol
Albany, NY 12224

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge

David E. Peebles, duly filed on the 8th day of February 2012.  Following fourteen (14) days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 19) is granted, and plaintiff's complaint in this action is dismissed in its entirety.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: March 16, 2012
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge